```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05096
    LINDA RUCKER
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-3011

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/15/2005 and was confirmed 04/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  27.47%.

     The case was paid in full 03/21/2008.
------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ILLINOIS TITLE LOANS | SECURED | 800.00 | 19.74 | 800.00 |
| ILLINOIS TITLE LOANS | UNSECURED OTH | 981.88 | .00 | 269.80 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 363.46 | .00 | 99.85 |
| DEVON FINANCIAL SERVICE | UNSECURED | 445.33 | .00 | 122.35 |
| PREMIER BANCARD CHARTER | UNSECURED | 519.38 | .00 | 142.69 |
| GREAT AMERICAN FINANCE | UNSECURED | 181.00 | .00 | 49.73 |
| INTERNAL REVENUE SERVICE | UNSECURED | 30191.08 | .00 | 8294.40 |
| NORTHWESTERN MED FAC FOU | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MED FAC FOU | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE | SECURED | .00 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 1000.00 | .00 | 1000.00 |
| GREAT AMERICAN FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6591.52 | .00 | 6591.52 |
| AAA CHECKMATE | UNSECURED | 1038.25 | .00 | 285.24 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| 10 MINUTE PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CASH N GO | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH CONSUMER | NOTICE ONLY | NOT FILED | .00 | .00 |
| THE MONEY STORE | UNSECURED | NOT FILED | .00 | .00 |
| CCB INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | NOT FILED | .00 | .00 |
| RAYMOND BARTHOLOME | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | 1148.81 | .00 | 315.61 |
| WILLIAM C KAO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 711.90 | .00 | 195.58 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 112.00 | .00 | 30.77 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 1017.00 | .00 | 1017.00 |
| JAMES A YOUNG | REIMBURSEMENT | 31.92 | .00 | 31.92 |
| JAMES A YOUNG | DEBTOR ATTY | 1,826.00 | | 1,826.00 |
| TOM VAUGHN | TRUSTEE | | | 1,227.80 |

PAGE 1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 05096 LINDA RUCKER

```
DEBTOR REFUND           REFUND                                      569.47

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 22,889.47

PRIORITY                                        7,640.44
SECURED                                         1,800.00
     INTEREST                                      19.74
UNSECURED                                       9,806.02
ADMINISTRATIVE                                  1,826.00
TRUSTEE COMPENSATION                            1,227.80
DEBTOR REFUND                                     569.47
                        ---------------     ---------------
TOTALS                  22,889.47               22,889.47
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 07/17/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 05 B 05096 LINDA RUCKER